James A. BUCK, Jr., Appellant,

v.

INTERNAL REVENUE SERVICE, Appellee.

No. 07–3559.

United States Court of Appeals, Eighth Circuit.

Submitted: May 7, 2009.

Filed: May 13, 2009.

Before WOLLMAN, MURPHY, and MELLOY, Circuit Judges.

PER CURIAM.

James A. Buck, Jr., appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination and wrongful-discharge suit against his former employer, the Internal Revenue

Service. Having carefully reviewed the district court and administrative records and considered Buck's arguments, we find no basis for reversal. *See Crawford v. Runyon*, 37 F.3d 1338, 1340 (8th Cir.1994) (in case where plaintiff challenges Merit Services Protection Board (MSPB) decision and asserts claims under Title VII, appellate court reviews MSPB decision on administrative record and Title VII claim de novo.) Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.